NOA
9.8.4.8.16



## NO. 69744

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | 23rd |
| NIARE QUENETTE LYTE | § | 300TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 11:07:18 AM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Niare Quenette Lyte, Defendant in the above-styled and numbered cause, and gives her Notice of Appeal to the First and/or Fourteenth Court of Appeals of Texas from the Judgment rendered against her.



Respectfully submitted,

**LAW OFFICES OF D. CRAIG HUGHES**

**D. CRAIG HUGHES**
**State Bar No. 10211025**

7322 Southwest Freeway - Suite 1100
Houston, Texas 77074
(713) 535-0683
(713) 981-3805 (FAX)
dcraighughes @msn.com (email)

**ATTORNEY FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that I hand delivered a true and correct copy of the foregoing Defendant's Notice of Appeal to the Brazoria County District Attorney's Office on this the 19th day of February, 2015.

D. Craig Hughes

14280